UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Cory O'Connor,** | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) |
| | ) Case No. 4:11CV001846 CAS |
| | ) |
| **Academy Collection Service, Inc.,** | ) |
| | ) |
| | ) |
| Defendants. | ) |

ORDER

The above-styled case was filed in the Eastern Division of this court on October 23, 2011, and assigned to the Honorable Charles A. Shaw. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:11cv00196 SNLJ. The Honorable Stephen N. Limbaugh, Jr. will preside.

Case No. 4:11cv01846 CAS is hereby administratively closed. Judge Shaw's name will be replaced for future assignment.

Dated this 24th day of October, 2011.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No. **1:11cv00196 SNLJ** in all future matters concerning this case.